UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| : | Case No. 23-cr-43 (TNM) |
| MILTON BENJAMIN GUEVERA- : | |
| VILLATORO, : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO CONTINUE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Milton Benjamin Guevara-Villatoro (hereinafter, the "Defendant"), through his counsel, respectfully request that this Court continue the hearing for the Defendant, currently scheduled for September 9, 2025, and exclude time within which trial must begin under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, between September 9, 2025 and September 30, 2025. In support of their motion, the parties state as follows:

1. On July 2, 2025, the parties appeared before the Court and noted on the record that they had reached an agreement in principle involving this matter as well as Defendant's companion case in 21-cr-185 (RDM).

2. The parties are set to appear in 21-cr-185 (RDM) on September 17, 2025, for a change-of-plea hearing and have submitted a fully executed plea agreement and statement of offense to chambers for review. As noted on the record at the July 2, 2025 status hearing before this Court, the plea agreement would involve the dismissal of the pertinent counts of the Indictment against the Defendant in 23-cr-43 (TNM) at his sentencing in 21-cr-185 (RDM).

3. Given the current posture, the parties would propose submitting a joint status report to the Court no later than September 30, 2025, to alert this Court as to whether the Court in 21-cr-185 (RDM) accepted the Defendant's guilty plea pursuant to the parties' agreement.

4. Finally, the parties would move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time between September 9, 2025, the next scheduled date in this matter, and September 30, 2025, under the Speedy Trial Act. The ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial insofar as the Defendant has agreed in writing to enter into a plea agreement which would entail the dismissal of the counts against him in this matter.

**Dated: September 8, 2025**

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

_/s/_____  
*Counsel for the Defendant*  
Kevin Wilson, Esq.  
Law Office of Kevin Wilson, PLLC  
2 Wisconsin Circle Ste. 700  
Chevy Chase, MD 20815  
kevin@kevinewilsonlaw.com  

Will Hart  
D.C. Bar No. 1029325  
Sitara Witanachchi  
D.C. Bar No. 1023007  
Assistant United States Attorneys  
601 D Street NW  
Washington, D.C. 20530