UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| : | Case No. 23-CR-43 (TNM) |
| MILTON BENJAMIN GUEVERA- : | |
| VILLATORO, : | |
| : | |
| **Defendant.** : | |

### ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby, this _____ day of _____, 2025,

**ORDERED** that the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the parties are to submit a Joint Status Report no later than September 30, 2025; it is further

**ORDERED** that the time period from September 9, 2025 through and including September 30, 2025, is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE